BUTLER-BUTLER, Inc., Appellant, v. MAR COGLOU, Respondent. (Supreme Court, Ap

pellate Division, First Department. October 27, 1911.) Action by Butler-Butler, Incorporated, against Nicholas E. Marcoglou. J. H. Jones, for appellant. F. E. Hipple, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.